IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SANDI HATHCOTE VAUGHN                                                                PLAINTIFF

V.                                                             CAUSE NO.: 1:09CV293-SA-JAD

CARLOCK NISSAN OF TUPELO, INC., et al.                                        DEFENDANTS

ORDER ON MOTIONS

Defendants' Motion for Partial Summary Judgment [139] is GRANTED as to Plaintiff's retaliation cause of action, but DENIED as to her overtime wages claim. Defendants' Motion for Partial Summary Judgment [140] is GRANTED as to Plaintiff's Title VII claims. Defendants' Motion for Partial Summary Judgment [141] is likewise GRANTED as to Plaintiff's claim she was terminated in violation of the public policy exception to Mississippi's employment at will doctrine, and Plaintiff's tortious interference with employment relations against Corbett Hill, individually.

SO ORDERED, this the 18th day of August, 2011.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**